MICHAEL J. MALONEY v. KNICKERBOCKER ICE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points on appeal from the order entered upon the motion made on November 28, 1928, with notice of argument, so that same can be argued

on December 13, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.